### 50612. HITER v. SHELP.

WEBB, Judge.

"Conceding, but without deciding, that the evidence demanded a finding that the defendant was negligent and that this negligence was the proximate cause of the automobile collision, the evidence authorized but did not demand a finding that plaintiff had suffered any injury attributable to the collision. The jury is the judge of the veracity of parties and witnesses; under the evidence in this record they were authorized to disbelieve plaintiff's claim of injury as a result of the collision. Accordingly the judgment for defendant, based upon the verdict of the jury, will not be disturbed." *Levine v. Nowell,* 115 Ga. App. 79 (153 SE2d 729). Accord, *Miller v. Dean,* 113 Ga. App. 869 (1) (150 SE2d 191); *Brown v. Wingard,* 122 Ga. App. 544 (177 SE2d 797); *Brown v. Nutter,* 125 Ga. App. 449, 451 (5) (188 SE2d 133); *Krasner v. Lester,* 130 Ga. App. 234, 236 (3) (202 SE2d 693).

*Judgment affirmed. Bell, C. J., and Marshall, J., concur.*

ARGUED MAY 5, 1975 — DECIDED
MAY 13, 1975.

*Robert E. Andrews, John Calvin Hunter,* for appellant.
*Greer, Sartain & Carey, Jack M. Carey,* for appellee.